RECEIVED
DEC 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DORIS A. THOMAS | CIVIL ACTION NO. 05-0280 |
| versus | JUDGE WALTER |
| | **REFERRED TO:** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is reversed, and this case is remanded to the agency for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27th day of December, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE